UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Plaintiff,  Ohio Carpenters Pension Fund et al

-v-

Defendant.  Norfolk Southern Corporation et al

------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

23 CIV 4068  (LAK ) (SLC )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-18-23

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

All such motions: X

*Do not check if already referred for general pretrial.

Dated  05/18/2023

SO ORDERED

United States District Judge

5/18/23