UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO CARPENTERS PENSION FUND and CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>NORFOLK SOUTHERN CORPORATION, ALAN H. SHAW, JAMES A. SQUIRES, MARK R. GEORGE, CLYDE H. ALLISON, JR., THOMAS D. BELL, JR., MITCHELL E. DANIELS, JR., MARCELA E. DONADIO, JOHN C. HUFFARD, CHRISTOPHER T. JONES, THOMAS C. KELLEHER, STEVEN F. LEER, MICHAEL D. LOCKHART, AMY E. MILES, CLAUDE MONGEAU, JENNIFER F. SCANLON, JOHN R. THOMPSON, BOFA SECURITIES, INC., MORGAN STANLEY & CO. LLC, WELLS FARGO SECURITIES, LLC, CAPITAL ONE SECURITIES, INC., FIFTH THIRD SECURITIES, INC., MUFG SECURITIES AMERICA, INC., PNC CAPITAL MARKETS LLC, SIEBERT WILLIAMS SHANK & CO., LLC, SMBC NIKKO SECURITIES AMERICA, INC., CITIGROUP GLOBAL MARKETS, INC., GOLDMAN SACHS & CO. LLC, and U.S. BANCORP INVESTMENTS, INC.,<br><br>  Defendants. | Civil Action No. 23-cv-04068-LAK-SLC<br><br>CLASS ACTION |

**NOTICE OF FILING CORRECTED CERTIFICATIONS**

Plaintiffs Ohio Carpenters Pension Fund and City of Pontiac Reestablished General Employees' Retirement System ("Plaintiffs") respectfully submit the corrected certifications attached hereto, which correct clerical errors from the certifications filed with Plaintiffs' complaint on May 16, 2023.  *See* ECF No. 1.

DATED: June 22, 2023

**LABATON SUCHAROW LLP**

<u>/s/ Francis P. McConville</u>
Francis P. McConville
Guillaume Buell
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 8180-0477
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Plaintiffs and the Proposed Class*

**ASHERKELLY, ATTORNEYS AT LAW**

Cynthia Billings-Dunn (*pro hac vice* forthcoming)
25800 Northwestern Highway, Suite 1100
Southfield, Michigan 48075
Telephone: (248) 746-2747
cbdunn@asherkellylaw.com

*Additional Counsel for Plaintiff City of Pontiac Reestablished General Employees' Retirement System*

## CERTIFICATION

I, Anthony W. Holbrook as Chairman of Ohio Carpenters Pension Fund ("Ohio Carpenters"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Ohio Carpenters. I have reviewed a complaint prepared against Norfolk Southern Corporation ("Norfolk Southern"), alleging violations of the federal securities laws and authorize the filing of this pleading;

2. Ohio Carpenters did not purchase securities of Norfolk Southern at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Ohio Carpenters is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Ohio Carpenters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Ohio Carpenters' transactions in Norfolk Southern securities are reflected in Exhibit A, attached hereto;

5. Ohio Carpenters sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation*, No. 2:20-cv-0856 (N.D. Ala.)
*City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System v. Bayer Aktiengesellschaft*, No. 3:20-cv-4737 (N.D. Cal.)
*City of Birmingham Relief and Retirement System v. Acadia Pharmaceuticals Inc.*, No. 3:21-cv-0762 (S.D. Cal.)
*Leventhal v. Chegg, Inc.*, No. 5:21-cv-9953 (N.D. Cal.)
*The Buhrke Family Revocable Trust v. U.S. Bancorp*, No. 1:22-cv-9174 (S.D.N.Y.)

6. Beyond its pro rata share of any recovery, Ohio Carpenters will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___8th___ day of June, 2023.

*Anthony W. Holbrook*

Anthony W. Holbrook
*Chairman*
*Ohio Carpenters Pension Fund*

## EXHIBIT A

## TRANSACTIONS IN NORFOLK SOUTHERN CORPORATION

Cusip # 655844CJ5
4.10 % Senior Notes due 2121

| Transaction | Date | Par Value | Transaction Price |
|---|---|---|---|
| Purchase | 5/3/2021 | $891,000 | 99.737% of Par Value |
| Sale | 8/4/2022 | -$891,000 | 80.050% of Par Value |

**CERTIFICATION**

I, Sheldon Albritton, as Chairman of City of Pontiac Reestablished General Employees' Retirement System ("Pontiac General"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Pontiac General. I have reviewed a complaint prepared against Norfolk Southern Corporation ("Norfolk Southern"), alleging violations of the federal securities laws and authorize the filing of this pleading;

2. Pontiac General did not purchase securities of Norfolk Southern at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Pontiac General is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Pontiac General fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Pontiac General's transactions in Norfolk Southern securities are reflected in Exhibit A, attached hereto;

5. Pontiac General sought to serve as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years:

*In re Ardelyx, Inc*, No. 4:21-cv-5868 (N.D. Cal.)
*City of Pontiac General Employees' Retirement System v. First Solar, Inc.*, No. 2:22-cv-0036 (D. Ariz.)
*Robison v. Digital Turbine, Inc.*, No. 1:22-cv-0550 (W.D. Tex.)
*Grobler v. Inotiv, Inc.*, No. 4:22-cv-0045 (N.D. Ind.)
*Genesee County Employees' Retirement System v. Kornit Digital Ltd.*, No. 2:23-cv-0888 (D.N.J.)

6. Beyond its pro rata share of any recovery, Pontiac General will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __8th__ day of June, 2023.

*Sheldon Albritton*

_____
Sheldon Albritton
*Chairman*
*City of Pontiac Reestablished General Employees' Retirement System*

# EXHIBIT A

## TRANSACTIONS IN NORFOLK SOUTHERN CORPORATION

Cusip # 655844CL0
2.9% Senior Notes due 2051

| Transaction | Date | Par Value | Transaction Price |
|---|---|---|---|
| Purchase | 8/16/2021 | $230,000 | 99.206% of Par Value |
| Sale | 2/1/2022 | -$60,000 | 91.675% of Par Value |