UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO CARPENTERS PENSION FUND and CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>NORFOLK SOUTHERN CORPORATION, ALAN H. SHAW, JAMES A. SQUIRES, MARK R. GEORGE, CLYDE H. ALLISON, JR., THOMAS D. BELL, JR., MITCHELL E. DANIELS, JR., MARCELA D. DONADIO, JOHN C. HUFFARD, CHRISTOPHER T. JONES, THOMAS C. KELLEHER, STEVEN F. LEER, MICHAEL D. LOCKHART, AMY E. MILES, CLAUDE MONGEAU, JENNIFER F. SCANLON, JOHN R. THOMPSON, BOFA SECURITIES, INC., MORGAN STANLEY & CO. LLC, WELLS FARGO SECURITIES, LLC, CAPITAL ONE SECURITIES, INC., FIFTH THIRD SECURITIES, INC., MUFG SECURITIES AMERICA, INC., PNC CAPITAL MARKETS LLC, SIEBERT WILLIAMS SHANK & CO., LLC, SMBC NIKKO SECURITIES AMERICA, INC., CITIGROUP GLOBAL MARKETS, INC., GOLDMAN SACHS & CO. LLC, and U.S. BANCORP INVESTMENTS, INC,<br><br>                    Defendants. | Case No. 1:23-cv-04068-LAK-SLC |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

WHEREAS, on May 16, 2023, Plaintiffs Ohio Carpenters Pension Fund and City of Pontiac Reestablished General Employees' Retirement System ("Plaintiffs") filed a complaint ("Complaint") with this Court in the above-captioned action against Defendants Norfolk Southern Corporation ("Norfolk Southern" or the "Company"), Alan H. Shaw, James A. Squires, Mark R. George, Clyde H. Allison, Jr., Thomas D. Bell, Jr., Mitchell E. Daniels, Jr. Marcela D. Donadio, John C. Huffard, Christopher T. Jones, Thomas C. Kelleher, Steven F. Leer, Michael D. Lockhart, Amy E. Miles, Claude Mongeau, Jennifer F. Scanlon, and John R. Thompson (the "Individual Defendants"), and BofA Securities, Inc., Morgan Stanley & Co. LLC, Wells Fargo Securities, LLC, Capital One Securities, Inc., Fifth Third Securities, Inc., MUFG Securities Americas Inc., PNC Capital Markets LLC, Siebert Williams Shank & Co., LLC, SMBC Nikko Securities America, Inc., Citigroup Global Markets, Inc., Goldman Sachs & Co. LLC, and U.S. Bancorp Investments, Inc. (the "Underwriter Defendants" and collectively with the Company and Individual Defendants, "Defendants");

WHEREAS, the Company and Individual Defendants have either been validly served the summons and Complaint or agreed to waive or accept service thereof;

WHEREAS, the current deadline for the Company and Individual Defendants to respond to the Complaint in this action is July 18, 2023;

WHEREAS, the undersigned attorneys for the Underwriter Defendants have agreed to accept service of the summons and Complaint in this action on behalf of their clients as of the date of this stipulation, without waiver of, or prejudice to, any of their rights or defenses (other than improper service) including, but not limited to, with respect to personal jurisdiction;

WHEREAS, the Complaint asserts claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 (the "Securities Act") on behalf of a putative class;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a lead plaintiff and lead counsel will be appointed to pursue the alleged class claims asserted in this action;

WHEREAS, pursuant to the PSLRA, putative class members are entitled to file motions seeking appointment as lead plaintiff within sixty (60) days of plaintiffs publishing notice of the pendency of the action (*see* 15 U.S.C. § 77z-1(a)(3)(A));

WHEREAS, the statutory deadline for putative class members to file lead plaintiff motions is July 17, 2023; and

WHEREAS, the parties anticipate that, following the statutory lead plaintiff process, the appointed lead plaintiff(s) ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") will file a consolidated or amended complaint or designate the initial Complaint as the operative complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties' undersigned counsel that:

1. The undersigned attorneys for the Underwriter Defendants accept service of the summons and Complaint in this action on behalf of their clients as of the date of this stipulation, without waiver of, or prejudice to, any of their rights or defenses (other than improper service) including, but not limited to, with respect to personal jurisdiction;

2. Defendants' time to respond is extended until after a Lead Plaintiff has been appointed and an operative complaint has been filed or so designated;

3. Defendants shall not be required to answer or otherwise respond to the Complaint;

4. Within fourteen days following entry of an order pursuant to the PSLRA selecting a Lead Plaintiff and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for (a) the filing of an amended complaint or the

designation of the initial Complaint as the operative complaint, (b) and Defendants' response thereto, and (c) in the event Defendants file motions to dismiss the operative complaint, a date by which Lead Plaintiff shall file opposition papers and Defendants shall file reply papers to such motions; and

5. Except as specifically set forth herein, all rights, claims and defenses of the parties are fully preserved.

Dated: July 17, 2023

Respectfully submitted,

/s/ Francis P. McConville (e-signed with consent)
Francis P. McConville
Guillaume Buell
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

*Attorneys for Plaintiffs*

/s/ Cynthia Billings-Dunn (e-signed with consent)
Cynthia Billings-Dunn
ASHERKELLY, ATTORNEYS AT LAW
25800 Northwestern Highway, Suite 1100
Southfield, Michigan 48075
Tel.: (248) 746-2747

*Attorney for Plaintiff City of Pontiac Reestablished General Employees' Retirement System*

/s/ Michael G. Bongiorno
Michael G. Bongiorno
Tamar Kaplan-Marans
WILMER CUTLER PICKERING HALE AND
 DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendant Norfolk Southern Corporation and the Individual Defendants*

/s/ Adam S. Hakki (e-signed with consent)
Adam S. Hakki
Agnès Dunogué
Benjamin Klebanoff
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel.: (212) 848-4000

Thad Behrens (motion for *pro hac vice* admission forthcoming)
SHEARMAN & STERLING LLP
The Link at Uptown, 2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel.: (214) 271-5777

*Attorneys for the Underwriter Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE