UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NORFOLK SOUTHERN CORPORATION
BOND/NOTE SECURITIES LITIGATION.

CIVIL ACTION NO. 23 Civ. 4068 (LAK) (SLC)

**ORAL ARGUMENT SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable Lewis A. Kaplan has referred for a report and recommendation Defendants' motion (ECF No. 112 (the "Motion")) under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' First Amended Complaint (ECF No. 105).[1] (See ECF No. 61). It is hereby ORDERED that **in-person** oral argument on the Motion is scheduled for **Wednesday, May 29, 2024 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York (the "Hearing"). Any party requesting permission to (i) bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse or (ii) present demonstrative exhibits at the Hearing, must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form and/or the proposed demonstratives by **May 22, 2024**.[2]

Dated:   New York, New York
         April 3, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] Defendants Norfolk Southern Corporation, Alan H. Shaw, James A. Squires, Mark R. George, Clyde H. Allison, Jr., Thomas D. Bell, Jr., Mitchell E. Daniels, Jr., Marcela E. Donadio, John C. Huffard, Christopher T. Jones, Thomas C. Kelleher, Steven F. Leer, Michael D. Lockhart, Amy E. Miles, Claude Mongeau, Jennifer F. Scanlon, and John R. Thompson filed the Motion, in which Defendants BofA Securities, Inc., Capital One Securities, Inc., Citigroup Global Markets, Inc., Fifth Third Securities, Inc., Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc., PNC Capital Markets LLC, Siebert Williams Shank & Co., LLC, SMBC Nikko Securities America, Inc., U.S. Bancorp Investments, Inc., and Wells Fargo Securities, LLC have joined. (See ECF Nos. 112; 117).

[2] The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.